UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTIE BRIONES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-145 |
| | § | |
| MENTOR WORLDWIDE, LLC, *et al*, | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| SHANA McDEARMON, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-149 |
| | § | |
| MENTOR WORLDWIDE, LLC, *et al*, | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TAMMIE FLOYD, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-150 |
| | § | |
| MENTOR WORLDWIDE, LLC, *et al*, | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| BRANDY PEREZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-152 |
| | § | |
| MENTOR WORLDWIDE, LLC, *et al*, | § § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON June 8, 2011 at 8:45 a.m.**

| **Appearance for Plaintiff** | **Appearance for Defendant** |
|---|---|
| Alton C. Todd | Dustin B. Rawlin |

Pursuant to phone conference, the Court cancels the referral of cause numbers 3:11-cv-149 and 3:11-cv152, previously referred to Judge John Froeschner. Now, the Court consolidates, only for preemption discovery and disposition of the preemption issue, the four (4) breast implant cases pending, cause numbers 3:11-cv-145, 3:11-cv-149, 3:11-cv-150, and 3:11-cv-152. Cause number 3:11-cv-145 is designated as the lead case, and the other three member cases will be administrative stayed. After the preemption issue is resolved, the Court will determine whether an additional scheduling order is appropriate.

The following dates will instruct the Court and parties concerning preemption discovery and the submission of that issue to the Court:

a) Preemption discovery completed by                 October 15, 2011

b) Defendant's preemption motion by                  November 15, 2011

c) Plaintiffs' response by                           December 10, 2011

d) Reply, if any, by                                 December 20, 2011

It is so ORDERED.

SIGNED at Houston, Texas this 9th day of June, 2011.

_____
Kenneth M. Hoyt
United States District Judge