## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| SHANA MCDEARMON,<br><br>       Plaintiff,<br><br>  v.<br><br>MENTOR WORLDWIDE LLC, JOHNSON &<br>JOHNSON, AND ETHICON, INC.,<br><br>       Defendants. | Civil Action No. 3:11-cv-00149 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and her attorney, and

Defendant Mentor Worldwide LLC ("Mentor") and its attorneys, pursuant to Fed. R. Civ. P.

41(a)(1), that the above-captioned action against Mentor, Johnson & Johnson and Ethicon, Inc.

shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements

or attorneys' fees to any party, and that a judgment of dismissal with prejudice may be entered in

the above-captioned action with respect to the claims against Mentor, Mentor, Johnson &

Johnson and Ethicon, Inc.

Date:  November 1, 2011                          Respectfully submitted,

**ATTORNEY FOR PLAINTIFF**              **ATTORNEYS FOR MENTOR**


By:  s/ Alton C. Todd                           By:  s/ Dustin B. Rawlin (w/ permission)

Alton C. Todd                                   John Q. Lewis
THE LAW FIRM OF ALTON C. TODD                   Dustin B. Rawlin
312 S. Friendswood Drive                        Tucker Ellis & West LLP
Friendswood, TX 77546                           925 Euclid Avenue
Telephone:  (281) 992-8633                      1150 Huntington Building
Facsimile:  (281) 648-8633                      Cleveland, OH 44115
alton@actlaw.com                                Telephone:  (216) 592-5000
                                                Facsimile:  (216) 592-5009
                                                jqlewis@tuckerellis.com
                                                drawlin@tuckerellis.com

CLI-1901097v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice, has

been served via the Court's electronic filing system and via U.S. Mail on the following, this 1st

day of November, 2011:

>Dustin B. Rawlin
>Tucker Ellis & West LLP
>925 Euclid Avenue
>1150 Huntington Building
>Cleveland, OH 44115

>s/ Alton C. Todd_____
>An Attorney for Plaintiff
>SHANA McDEARMON

CLI-1901097v1