UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SHANA MCDEARMON, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. G-11-149 |
| § § | |
| MENTOR WORLDWIDE, LLC, *et al*, § § | |
| Defendants. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

SIGNED at Houston, Texas this 9th day of November, 2011.

_____
Kenneth M. Hoyt
United States District Judge